

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-15-2014

# Michael Lehtonen v. Governor of the Virgin Islands

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-2063

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Michael Lehtonen v. Governor of the Virgin Islands" (2014). *2014 Decisions.* Paper 1259.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1259

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-2063

_____

MICHAEL P. LEHTONEN,
Appellant
v.
GOVERNOR OF THE VIRGIN ISLANDS; et al.

_____

No. 13-2064

_____

MICHAEL P. LEHTONEN,
Appellant
v.
BRENDA J. HOLLAR; KATHLEEN MACKAY; JAMES CARROLL, III

_____

(D.C. Nos. 3-11-cv-00134, 3-12-cv-00012)

_____

ORDER

_____

At the direction of the Court the opinion and judgment entered in this matter on

December 12, 2014 are hereby VACATED as being entered prematurely. A revised

opinion and judgment shall be entered.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Dated: December 15, 2014
JK/cc: All Counsel on Record